EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JAIME ALVAREZ DEL MANZANO, acusado y apelante.

No. 3458.—*Visto:* Abril 13, 1928. *Resuelto:* Abril 25, 1928

El apelante compareció por escrito; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tribunal.

Jaime Alvarez del Manzano Martínez compareció ante la Corte de Distrito de Mayagüez, para la lectura de una acusación que contra él presentó el Fiscal de dicha corte, por delito de falsificación. El acusado, después de oír la lectura de la acusación, se declaró culpable del delito de falsificación que en ella se le imputa. Y la corte, en 28 de noviembre

de 1927, dictó sentencia en forma, condenando a dicho acusado a tres años de presidio con trabajos forzados. De esa sentencia ha apelado el acusado para ante este tribunal.

No hay en esta apelación, exposición del caso; y el alegato, escrito por el apelante, no presenta señalamiento de errores en la forma ordenada por nuestro Reglamento.

En realidad el apelante se queja de que la pena impuesta es excesiva, en relación con el delito. No es así. No existe error alguno que nos lleve a modificar o revocar la sentencia, *que debe ser confirmada.*